258 So.2d 380

**Mary H. Eason PHILLIPS**

v.

**The GREAT ATLANTIC & PACIFIC FOOD STORES et al.**

No. 52199.

March 8, 1972.

In re: Mrs. Mary Phillips applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 256 So.2d 652.

Writ denied. On the facts found by the Court of Appeal we cannot say the result is incorrect.

258 So.2d 380

**Irvin F. POLMER**

v.

**Philip P. SPENCER et al.**

**Mervin Joseph POLMER**

v.

**DUCROS PLANTATION, INC., et al.**

No. 52198.

March 8, 1972.

In re: Ducros Plantation, Incorporated and Philip P. Spencer applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 256 So.2d 766.

Writ refused. There is no error of law in the Court of Appeal judgment.